IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
MAR 05 2021
CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Mag. No. 21-mj-00037-MU |
| | * | |
| SHAMARTESS MONIQUE WHITSETT | * | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to Title 18, United States Code, Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involved:

   A. ____   Crime of Violence (18 U.S.C. § 3156);

   B. ____   This is an offense for which the maximum sentence is life imprisonment or death;

   C. _X_   This is a drug offense for which a maximum term of imprisonment of ten years or more is prescribed;

   D. ____   The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

   E. ____   Any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code;

      F. __X__      There is a serious risk that the above-named defendant will flee;

      G. __X__      There is a serious risk that the above-named defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2. <u>Reason for Detention</u>. The court should detain the defendant because there are no conditions or combination of conditions of release which will reasonably assure:

      A. __X__      The defendant's appearance as required; and/or

      B. __X__      The safety of any other person and/or the community.

3. <u>Rebuttable Presumption</u>. The United States <u>will</u> invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e). If yes, the rebuttable presumption arises because:

      A. __X__      There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed **or** <u>an offense under Title 18, United States Code, Section 924(c)</u>.

      B. ____      The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the above section if a circumstance giving rise to Federal jurisdiction had existed; and

      C. ____      The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense; and

  D. \_\_\_   A period of not more than five years has elapsed since the date of conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

  E. \_\_\_   The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. <u>Time for Detention Hearing</u>. The United States, by and through the undersigned Assistant United States Attorney, requests that this court conduct a detention hearing:

  A. \_\_\_ At first appearance; or

  B. _X_ After a continuance of _3_ days (not to exceed three days).

Dated this 3rd day of March, 2021.

        SEAN P. COSTELLO
        UNITED STATES ATTORNEY

        By: _s/Gloria A. Bedwell_
        Gloria A. Bedwell (BEDWG1000)
        Assistant United States Attorney
        United States Attorney's Office
        63 S. Royal Street, Suite 600
        Mobile, Alabama 36602
        Telephone: (251) 441-5845

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 3, 2021, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

        _s/Gloria A. Bedwell_
        Gloria A. Bedwell
        Assistant United States Attorney